# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-24-00316-CV

**Greyeson Garcia and Lazaro Garcia, Appellant**

**v.**

**ML-Austin-I, LLC, d/b/a Chateau Avalon of Austin, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. C-1-CV-24-001547, THE HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties to this appeal have filed a Joint Motion to Dispose of Appeal by Agreement. We grant the parties' motion and, consistent with their stated agreement, (1) vacate the trial court's judgment without regard to the merits and (2) remand the case to the trial court with instructions to dismiss the case as moot and to release the registry funds to Appellee-Plaintiff, ML-Austin-1, LLC, d/b/a Chateau Avalon of Austin. *See* Tex. R. App. P. 42.1(a)(2).

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Triana and Kelly

Vacated and Remanded on Joint Motion

Filed: October 4, 2024